ELEKTRA ANDERTON ZALOUHOU, Appellant, v. THE GREEK AMERICAN INSTITUTE and Others, Respondents, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements, with leave to said defendants to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

GEORGE ARTHUR BETZ and Another, Appellants, v. NEW JERSEY REFRIGERATING COMPANY, Respondent.— Order entered October 27, 1924, affirmed, with ten dollars costs and disbursements. Appeal from order entered October 10, 1924, denying motion for reargument, dismissed. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

JOHN LEZOS and Another, Appellants, v. JAMES TOZZI, Doing Business under the Trade Name and Style of JAMES TOZZI & COMPANY, Respondent, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

EDWARD ZIMMER and Another, on Behalf of Themselves and All Other Members of the NEW YORK MERCANTILE EXCHANGE, Appellants, v. NEW YORK MERCANTILE EXCHANGE and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell and Martin, JJ.

WILLIAM JAY SCHIEFFELIN, Appellant, v. JOHN F. HYLAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

WILLIAM F. ARDIS, Respondent, v. VAN PATTEN, INC., a New York Corporation, Defendant, Impleaded with WILLIAM N. CALLENDER, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

THE BURDICK CO., INC., Respondent, v. THE LAWRENCE HOLDING CO., INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

NORMAN PAXTON, Respondent, v. BERRY SPRING MINERAL WATER COMPANY, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

ANNA KERN, Respondent, v. THE THIRD AVENUE RAILWAY COMPANY, Defendant, Impleaded with M. G. TRUCKING COMPANY, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Goldin* v. *Malone Dairy Co.* (209 App. Div. 341) and *Davis* v.